# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Javier Ceja Gonzalez et al

PLAINTIFF(S)

v.

Kristi Noem et al

DEFENDANT(S).

CASE NUMBER

5:25-cv-02054-ODW-BFM

**ORDER RE TRANSFER
(RELATED CASES)**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

**TRANSFER ORDER DECLINED**

_____          _____
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases do not arise from the same events and the similar legal issues and questions would not entail a substantial duplication of labor.

August 13, 2025                   Sunshine S. Sykes
Date                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:25-cv-01873-SSS-BFM   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/23)                ORDER RE TRANSFER (Related Cases)